STATE of Missouri, Respondent,

v.

Michael HOUSE, Appellant.

No. WD 37083.

Missouri Court of Appeals,
Western District.

July 29, 1986.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Aug. 28, 1986.

Fred Duchardt, Public Defender, Liberty,
for appellant.

William L. Webster, Atty. Gen., Carrie
Francke, Asst. Atty. Gen., Jefferson City,
for respondent.

Before TURNAGE, P.J., and SHAN-
GLER and KENNEDY, JJ.

ORDER

PER CURIAM:

Appeal after conviction by a jury of bur-
glary in the second degree, § 569.170,
RSMo 1978 and of stealing property of a
value of at least $150, § 570.030, RSMo
1978. The sentence was six months in jail
and a fine of $1,000.

Affirmed. Rule 30.25(b).

STATE of Missouri, Respondent,

v.

Robert Gail CAVINESS, Appellant.

No. WD 37430.

Missouri Court of Appeals,
Western District.

July 29, 1986.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Aug. 28, 1986.

Kathleen Murphy Markie, Public Defend-
er, Columbia, for appellant.

William Webster, Atty. Gen., Timothy W.
Anderson, Asst. Atty. Gen., Jefferson City,
for respondent.

Before LOWENSTEIN, P.J., and MAN-
FORD and GAITAN, JJ.

ORDER

PER CURIAM:

Direct appeal from jury convictions of
burglary in the second degree, in violation
of § 569.170, RSMo 1978, and stealing, in
violation of § 570.030, RSMo Supp.1984.

Judgment affirmed. Rule 30.25(b).